## CHENEY *v.* THE STATE.

LEWIS, J. The assignments of error complaining of alleged errors of the court below were not sufficiently clear for this court to deal with the same. The evidence authorized the verdict, and there was no error in refusing to grant a new trial.

*Judgment affirmed.' All the Justices concurring.*

Argued June 20, — Decided July 18, 1898.

Indictment for rape.   Before Judge Butt.   Talbot superior court.   March term, 1898.

*J. J. Bull, R. O. McCord* and *H. J. Lawrence,* for plaintiff in error.   *S. P. Gilbert, solicitor-general,* contra.

---

## BIAS *v.* THE STATE.

LEWIS, J. There was no error of law complained of. The grounds in the motion for a new trial, that the verdict is contrary to law and evidence, are absolutely without any merit whatever.

*Judgment affirmed. All the Justices concurring.*

Argued June 20, — Decided July 18, 1898.

Indictment for stabbing.   Before Judge Ross.   City court of Macon.   March term, 1898.

*John R. Cooper,* for plaintiff in error.   *Robert Hodges, solicitor-general, Washington Dessau* and *Roland Ellis,* contra.